IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JOSH STUBBLEFIELD, JR #1049116 | § § § | |
| v. | § § | CIVIL ACTION NO. G-03-584 |
| | § § | |
| DOUG DRETKE, DIRECTOR OF TDCJ-CID | § § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on June 21, 2006. Petitioner has filed his Objections to the Report and Recommendation in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Josh Stubblefield, Jr. (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 19th day of July, 2006.

Samuel B. Kent
United States District Judge